**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

| | |
|---|---|
| Raafat Abdelghani | Chapter 7 |
| Maysaa Miri | Case No. 10-43218 |
|     Debtors | Honorable Steven W. Rhodes |
| _____/ | |

**STATEMENT REGARDING OWNERSHIP**

Pursuant to local rule 9013-5, attached please find the statement of corporate ownership.

                By: /s/ Heather M. Dickow
                    Heather M. Dickow, Esq. P64757
                    Email: Hdickow@orlans.com
                    Orlans Associates, P.C.
                    Attorneys for Mortgage Center LLC
                    P.O. Box 5041
                    Troy, MI 48007
                    248-502-1392
                    File Number: 393.0350