UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

## STATEMENT REGARDING OWNERSHIP OF MORTGAGE CENTER LLC

X  The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: Christian Financial Credit Union
Address: 18441 Utica Rd., Roseville, MI 48066

Name: BestSource Credit Union
Address: 269 N. Telegraph Rd., Waterford, MI 48328

Name: E&A Credit Union
Address: 500 10th St., Port Huron, MI 48060

Name: Motor City Co-Op Credit Union
Address: 37321 Garfield Rd., Clinton Twp., MI 48036

Name: Municipal & Health Services Credit Union
    A Part of Affinity Group Credit Union
Address: 144 E. Pike St., Pontiac, MI 48342

Name: NuUnion Credit Union
Address: 501 S. Capitol Ave., Lansing, MI 48933

(For additional names, attach an addendum to this form)

☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

X  Creditor, **Mortgage Center LLC**

I declare under penalty of perjury that the foregoing is true and correct. This statement is valid for 90 days from execution unless the corporate ownership changes, at which time a new statement will be executed by the mortgage servicer/creditor as applicable.

Dated: 03/09/2010

By: _____
Signature of Authorized Individual

GREG SMSILH
Print Name

Its: DEFAULT MANAGER